■ In the Matter of JOHN P. KILLELEA, Appellant, v HOWARD SAFIR, as Commissioner of the New York City Fire Department, et al., Respondents. [639 NYS2d 708] —Appeal by the petitioner from a judgment of the Supreme Court, Kings County (Vaccaro, J.), dated December 19, 1994.

Ordered that the judgment is affirmed, without costs or disbursements, for reasons stated by Justice Vaccaro at the Supreme Court. O'Brien, J. P., Sullivan, Copertino and Joy, JJ., concur.